No. 65524.—Davies, Turner & Company v. United States, protest 58/17847 (Philadelphia).

Opinion of Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of "Twin Mix" the same in all material respects as the merchandise the subject of *The Durst Manufacturing Co., Inc.* v. *United States* (43 Cust. Ct. 280, C.D. 2142), the claim of the plaintiff was sustained.

No. 65525.—J. C. De Jong & Co., Inc., et al. v. United States, protests 58/19047, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.

No. 65526.—Leading Forwarders, Inc. v. United States, protest 60/9825 (New York).

Opinion by Lawrence, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65527.—Steelmasters, Inc. v. United States, protest 60/19888 (Los Angeles).

Opinion by Lawrence, J. The protest was dismissed.